# In the United States Court of Federal Claims

No. 06-888L
Filed March 1, 2007

| | |
|---|---|
| *********************************** | |
| | * |
| QUECHAN TRIBE OF | * |
| THE FORT YUMA | * |
| INDIAN RESERVATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Pursuant to the parties' February 20, 2007 Joint Motion For Temporary Stay Of Litigation, this case is hereby stayed until July 27, 2007. The parties will file a joint status report by July 27, 2007 informing the court of the outcome of their settlement discussions and, in the event the parties seek to proceed with this litigation, a proposed scheduling order.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**