# In the United States Court of Federal Claims

No. 06-888L
Filed July 30, 2007

| | |
|---|---|
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

On March 1, 2007, the court granted the parties' February 20, 2007 Joint Motion For Temporary Stay Of Litigation, staying this case until July 27, 2007. *See* Order, *Quechan Tribe of the Fort Yuma Indian Reservation* v. *United States*, 06-888L, Dkt. No. 6 (Fed. Cl. March 1, 2007).

On July 23, 2007, the court convened a telephone status conference to discuss whether this case should be referred to alternative dispute resolution ("ADR"). During that status conference, the court also raised the issue of document retention in light of an incident involving the destruction of documents in similar cases currently pending before the United States Court of Federal Claims. *See* Notice, *Jicarilla Apache Nation, f.k.a. Jicarilla Apache Tribe* v. *United States*, No. 02-25L, Dkt. No. 128 (Fed. Cl. July 9, 2007); Notice, *Pueblo of Laguna* v. *United States*, No. 02-24L, Dkt. No. 122 (Fed. Cl. July 9, 2007).

On July 26, 2007, Defendant ("the Government") filed an Unopposed Motion for Leave to file a copy of the July 7, 2007 Notice regarding the inadvertent destruction of documents that it filed in *Jicarilla Apache Nation* and *Pueblo of Laguna*. *See* Unopposed Motion for Leave at 1-2, *Quechan Tribe of the Fort Yuma Indian Reservation* v. *United States*, 06-888L, Dkt. No. 8 (Fed. Cl. July 26, 2007). The Government also requested leave to file a copy of the scheduling order issued by Judge Allegra in *Navajo Nation* v. *United States*, 06-45L. *Id*.

On July 27, 2007, the parties filed a Joint Status Report, pursuant to the Court's March 1, 2007 Order, asking the court to lift the stay on this case. The parties further informed the court that they have elected not to seek referral to ADR at this time. *See* Status Report ¶ 6, *Quechan Tribe of the Fort Yuma Indian Reservation* v. *United States*, 06-888L, Dkt. No. 9 (Fed. Cl. July 27, 2007).

Pursuant to the parties' July 27, 2007 Joint Status Report, the court hereby orders the stay on this case lifted. The court further orders that the Government will file a response to the December 26, 2006 Complaint no later that September 28, 2007. The court also grants the Government's July 26, 2007 Unopposed Motion For Leave. The Government may file a copy of the July 7, 2007 Notice regarding the inadvertent destruction of documents that it filed in *Jicarilla Apache Nation* and *Pueblo of Laguna*, as well as a copy of the scheduling order issued by Judge Allegra in *Navajo Nation*, 06-45L.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**