# In the United States Court of Federal Claims

No. 06-888L
Filed August 15, 2007

```
***********************************
                                  *
QUECHAN TRIBE OF                  *
THE FORT YUMA                     *
INDIAN RESERVATION,               *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

The parties are hereby ordered to submit a joint proposed document preservation order no later than August 31, 2007.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**