**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION,** | ) | |
| | ) | **No. 06-cv-888-SGB** |
| **Plaintiff** | ) | |
| | ) | **Judge Susan G. Braden** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**QUECHAN INDIAN TRIBE'S NOTICE OF FILING COMMENTS ON PROPOSED DOCUMENT PRESERVATION ORDER**

The parties received notice from the Court on August 14, 2007, requesting comments on the Court's proposed document preservation Order. The attorneys for the parties exchanged draft modifications to the proposed Order. The attorneys for the parties met and conferred regarding the draft proposals and were unable to reach agreement. The Tribe's proposed modifications to the Court's proposed Order regarding the preservation of relevant documents are attached herein as Attachment 1. The United States will submit its proposed language separately.

The United States has proposed a complete rewrite of the Court's proposed Order, most of which is unacceptable to the Tribe. The changes proposed by the United States go well beyond the scope of the proposed Order, which would require, among other things, that the United States take active steps to protect all relevant Quechan documents. The United States' proposal unnecessarily discusses how discovery responses will be handled and adds additional burdens to the Tribe outside the scope and intent of the Court's proposed Order.

The Tribe's proposed edits strike references to representations by the United States that do not apply in this case. The Tribe also proposes additional language regarding the movement of documents. The Tribe respectfully requests that the Order as modified by the Tribe be adopted and the United States' proposed Order be rejected.

DATED this 31st day of August, 2007.

MORISSET, SCHLOSSER, JOZWIAK & MCGAW

By *<u>/s/ Frank R. Jozwiak</u>*
Frank R. Jozwiak
Attorneys for Quechan Indian Tribe
1115 Norton Building
801 Second Avenue
Seattle, Washington 98104-1509
Telephone: 206-386-5200
Facsimile: 206-386-7322

CERTIFICATE OF SERVICE

The undersigned certified that on the 31st day of August, 2007, a true and correct copy of the foregoing **QUECHAN INDIAN TRIBE'S NOTICE OF FILING COMMENTS ON PROPOSED DOCUMENT PRESERVATION ORDER** was served by sending a copy thereof, postage prepaid in the United States mail, to Defendant's Counsel at the following address:

James M. Upton and
Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington D.C. 20044-0663

*/s/ Kaye F. Nealy, Paralegal*

T:\WPDOCS\0267\10074\Pleadings\CAPTION.doc
kfn:8/22/07