IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-888 L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE ELECTRONIC FILING NUMBER 14**

The Defendant United States of America ("Defendant") respectfully moves this Court to strike electronic filing docket number 14 in this Tribal Trust case. In support of this motion, Defendant offers the following facts:

1. On September 25, 2007, the Defendant in this case attempted to file Defendant's Notice of Filing of Update Concerning Inadvertent Document Destruction.

2. Instead, by inadvertence, it filed Defendant's Notice of Filing of its Proposed Document Preservation Order and this was recorded as electronic docket number 14.

3. Defendant hereby realizes that its Notice of Filing of its Proposed Document Preservation Order had already been filed on August 31, 2007 and has been recorded as electronic docket 13.

4. Defendant intends to successfully complete the filing of Defendant's

Notice of Filing of Update Concerning Inadvertent Document Destruction with electronic filing number 16.

For the foregoing reasons, Defendant respectfully requests that ECF filing number 14 be stricken from the record.

Dated this 9th day of October, 2007.

Respectfully submitted,
RONALD J. TENPAS
Assistant Attorney General

*s/ James M. Upton*

JAEMS M. UPTON
United States Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-0482
Fax: (202) 353-2021
E-mail: James.Upton@usdoj.gov

Attorneys of Record for Defendant

OF COUNSEL:

THOMAS BARTMAN
Office of the Solicitor
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, DC 20227