IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION,** | |
| **Plaintiff,** | |
| **v.** | **No. 06-888 L** |
| | **Judge Susan G. Braden** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**DEFENDANT'S NOTICE OF FILING OF UPDATE**
**CONCERNING INADVERTENT DOCUMENT DESTRUCTION**

By its Order of July 30, 2007, the court allowed Defendant United States to submit a July 9, 2007 report from the Office of the Chief Counsel, Financial Management Service, United States Department of the Treasury (Treasury) about the inadvertent destruction of certain documents by a subcontractor of Treasury's agent, the Bank of America. Defendant now submits a September 11, 2007 report from Treasury which provides updated information that Treasury has obtained, since July 9, 2007, about this inadvertent document destruction incident. See Defendant's Exhibit ("Def. Exh.") .

As detailed in the attached report, Treasury has learned, among other things, that the data from all 15 of the inadvertently destroyed boxes of government records were recorded in Treasury's CA$HLINK II system, so that it should be possible to recreate the data from CA$HLINK II; that the CA$HLINK II electronic data provided sufficient information to enable any depositing agency (e.g., the Department of the Interior) to retrieve its own paper copy of any deposit ticket or debit voucher that was in the inadvertently destroyed boxes; that the boxes contained materials relating to government-wide deposit ticket and debit voucher activity, so that not every record in the 15

boxes related to Indian trust-related transactions; that the Bank of America has recreated entirely the deposit and debit voucher activity for 11 of the 15 inadvertently destroyed boxes and determined that more than 98 percent of the materials in those 11 boxes did not relate to Indian trust transactions; and that the Bank of America has acted promptly and implemented certain security measures so as to ensure a similar incident does not occur in the future. Id., ¶¶ 1-4, at 1-2.

Respectfully submitted this 9th day of October, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ James M. Upton*
JAMES M. UPTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0482
Fax: (202) 353-2021
Email: James.Upton@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20217

ELISABETH BRANDON
THOMAS BARTMAN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240