# In the United States Court of Federal Claims

No. 06-888L
Filed October 12, 2007

| | |
|---|---|
| *********************************** | |
| | * |
| QUECHAN TRIBE OF | * |
| THE FORT YUMA | * |
| INDIAN RESERVATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Defendants October 9, 2007 Motion to Strike Electronic Filing Number 14 is granted.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**