**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-888 L** |
| **v.** | ) | **Judge Susan G. Braden** |
| **UNITED STATES,** | ) | |
| **Defendant,** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME ATTACHED MOTION FOR ENLARGEMENT OF TIME TO OBJECT OR RESPOND TO FORMAL DISCOVERY**

Defendant hereby moves for leave to file out of time the attached motion for enlargement of time to object or respond to plaintiff's formal discovery. In support of this motion, the undersigned, defendant's attorney of record, states as follows:

1. Plaintiff served informal requests for discovery on the government on May 2, and 18, 2007 in letter form;

2. On August 2, 2007, Defendant sent detailed comments on, and responses to, these informal requests in the form of a 21- page letter, enclosed certain responsive documents, and emphasized that other responsive documents/data could not be provided until the parties reached agreement on a joint confidentiality stipulation and it had been adopted by the court in the form of a confidentiality protection order;

3. Defendant's counsel has provided the plaintiff's counsel with a draft confidentiality protection order;

4. On August 27, 2007, the plaintiff served (by U.S. Mail) formal requests for discovery which are identical to the plaintiff's previous informal requests for discovery;

5. The undersigned never received the August 27th formal discovery requests; and

6. The undersigned first learned that these requests had been served when he received a voicemail from plaintiff's counsel, Frank Jozwiak, on November 5, 2007, and had a telephone conversation with Ms. Kaye Nealy, Mr. Jozwiak's assistant, on November 5, 2007.

Dated this 8th day of November, 2007.

Respectfully submitted,

s/ James M. Upton

JAMES M. UPTON
U.S. Department of Justice
Environment and Natural Resources
Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 353-2021
E-mail address: james.upton@us
doj.gov

Attorney of Record for Defendant

Attachment

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-888** |
| **v.** | ) | **Judge Susan G. Braden** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO OBJECT OR RESPOND TO PLAINTIFF'S FORMAL DISCOVERY REQUESTS**

Defendant hereby moves for an enlargement of time of sixty days from September 29, 2007 to, and including, November 28, 2007, to object or respond to plaintiff's formal discovery requests. In support of this motion, the undersigned states as follows:

1. Plaintiff served formal discovery requests on the government on August 27, 2007 by U.S. Mail;

2. The Defendant's responses to these discovery requests were due to be served on September 29, 2007;

3. The undersigned never received these August 27th discovery requests;

4. The undersigned first learned these discovery requests had been served from a voicemail from plaintiff's counsel, Frank Jozwiak, on November 5, 2007, and a telephone conversation with Ms. Kaye Nealy, Mr. Jozwiak's assistant, on November 5, 2007; and

5. Mr. Jozwiak has authorized the undersigned to state that he does not oppose this motion.

Dated this 8th day of November, 2007.

Respectfully submitted,

s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20854
Ph. (202) 305-0482
Fax: (202) 353-2021
E-mail address: james.upton@usdoj.gov

Attorney of Record for Defendant