# In the United States Court of Federal Claims

No. 06-888L
Filed November 8, 2007

************************************

QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************

## ORDER

Defendant's November 8, 2007 Unopposed Motion for Leave to File Out of Time Attached Motion for Enlargement of Time is granted.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**