# DECLARATION OF

# ROBERTA

# STEVENSON- MCDERMOTT

# December 21, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION | ) | |
| | ) | |
| | ) | No. 06-888 L |
| *Plaintiff*, | ) | Judge Susan G. Braden |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Defendant*. | ) | |

**DECLARATION OF ROBERTA ("BOBBI") STEVENSON-MCDERMOTT**

I, Roberta "Bobbi" Stevenson-McDermott hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am currently employed by the United States Department of Agriculture, Natural Resources Conservation Service (NRCS), formerly the Soil Conservation Service (SCS), as the District Conservationist for the Yuma Field Office located in Yuma, Arizona. I have occupied this position for 20 years and have worked in this office for 24 years and in Yuma County for 36 and a half years.

2. In this capacity, I am very familiar with documents pertaining to the Quechan Tribe which are held by this office. These materials include aerial photographs (1965, 1973, and partial 1993 coverage), a published soil survey from 1973, news articles regarding a request from the Bureau of Indian Affairs (BIA) for assistance from the SCS in 1975, and various documents generated during a public meeting held by the BIA for a proposed project on the Fort Yuma Reservation in 1980.

3. The individual cropland farm units on the Fort Yuma Reservation have historically all been leased by the Quechan Tribe to non-tribal farmers and these lessees have frequently requested both technical and financial assistance from the NRCS. The majority of the existing farmland on the Quechan Nation has been assisted through programs provided by the NRCS in cooperation with the Bard Resource Conservation District, a political subdivision of the State of California.

4. These cooperator records located in the NRCS Field Offices are not considered federal government records and therefore are not subject to any particular disposition schedule. Records generated from Yuma NRCS Field Office work on tribal lands with a conservation district partner (in this case the Bard Resource Conservation District) are held by this office in the respective farm folders indefinitely.

5. I am generally aware of the *Quechan Tribe* lawsuit. I am specifically aware of the Protective Order issued by this Court related to the preservation of documents, data, or tangible things that are relevant or may reasonably lead to the discovery of information relevant to the subject matter involved in the pending lawsuit and I understand the obligation to continue to retain these documents in this office.

6. I am retiring as of January 2, 2008, but will be working as an advisor to the local conservation districts including the Bard Resource Conservation District. It is my understanding that the files and information related to the Quechan Tribe located in the Yuma NRCS Field Office will be maintained indefinitely as they have been for the last 30 years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21 day of December, 2007.

Roberta (Bobbi) Stevenson-McDermott
Roberta "Bobbi" Stevenson-McDermott