# DECLARATION OF

# SUSANE SILVA

## December 20, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION | ) | |
| | ) | No. 06-888 L |
| *Plaintiff*, | ) | Judge Susan G. Braden |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Defendant*. | ) | |

**DECLARATION OF SUSANE SILVA**

I, Susane Silva, do hereby declare, pursuant to 28 U.S.C. § 1746, that:

1. I currently am employed by the Western Area Power Administration ("Western") as the Records Officer. As the Records Officer, my responsibilities include managing and maintaining Western's Federal Records program.

2. Western is a hydroelectric power marketing and distribution administration within the Department of Energy. I understand that, when creating the Department of Energy, Congress transferred certain power marketing functions of the Bureau of Reclamation, including the construction, operation, and maintenance of transmission lines and attendant facilities to Western. It is my understanding that then Reclamation transferred certain rights-of-way to Western.

3. Western markets and transmits electricity from multi-use water projects within a 15-state region of the central, western, and southwestern United States. These power marketing functions

involve the sale and distribution of power produced at existing federal generation facilities that are primarily hydroelectric.

4. Western is comprised of its Corporate Service Office ("CSO") located in Lakewood, Colorado, four geographic regional offices, and one management center. The regional offices are the Desert Southwest Regional Office ("DSW") in Phoenix, Arizona; the Rocky Mountain Regional Office ("RMR") in Loveland, Colorado; the Sierra Nevada Regional Office ("SNR") in Folsom, California; and the Upper Great Plains Regional Office ("UGP") in Billings, Montana, The management center is the Colorado River Storage Project Management Center ("CRSP") in Salt Lake City, Utah.

5. On November 26, 2007, I received a copy of the Protective Order filed on October 25, 2007 in the above-captioned case. On November 26, 2007, I sent a copy of the Protective Order to the Administrative Officers of the Regional Offices and the CRSP Management Center. An Administrative Officer, or "AO," is responsible for overseeing all administrative functions of the respective regional office or management center. I also sent the e-mail and protective order to the Technical Services Manager at the CSO, and to other employees who have record retention responsibilities at the CSO and regional offices. Along with my e-mail, I provided the following instructions:

> **Please note that ANY AND ALL DOCUMENTS, related in any way with the Quechan Tribe or the Fort Yuma Reservation, including any rights-of-way crossing the Fort Yuma Reservation or facilities on those rights-of-way, MUST be preserved until further notice.**
>
> This is not a call for records at this time; however, please identify and place on HOLD any related records. Additional information and/or clarification will follow upon receipt from the Department of Justice.

Please remember, any related documents currently eligible for destruction MAY NOT BE DESTROYED.

6. On November 26, 2007, I also was copied on an e-mail in which my counsel forwarded my e-mail to the following additional individuals who are likely to have information that may be covered by the Protective Order: Western's Natural Resources Manager, Western's Lead Realty Specialist, and the Realty Officer for DSW.

7. In addition, on December 20, 2007, I coordinated with Western's counsel to transmit an e-mail to all of Western's Federal employees and contractors at the CSO and DSW offices. The Fort Yuma Reservation is in the Desert Southwest Region.

8. Western has taken other precautions to ensure the records are protected. Before Western destroys documents that have been sent to a record storage center, Western requires that a Federal manager or supervisor to certify that no documents related to Native American land and structures are being destroyed.

I hereby declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Executed this 20 of December, 2007.

Susane C. Silva

Susane Silva
Western Records Officer