**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION,** | ) | |
| **Plaintiff** | ) | **No. 06-cv-888-SGB** |
| **v.** | ) | **Judge Susan G. Braden** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PARTIES' JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING CONFIDENTIALITY OF CERTAIN DOCUMENTS, DATA, AND OTHER MATERIALS TO BE PROVIDED BY DEFENDANT TO PLAINTIFF**

The Parties hereby jointly move the Court for an Order approving the Parties' attached Stipulation Regarding Confidentiality of Certain Documents, Data, and Other Materials to be Provided by Defendant to Plaintiff, Exhibit 1, and [Proposed] Order.

Defendant's attorney has authorized Plaintiff's attorney to file this Motion on his behalf.

Respectfully submitted this 24th day of March, 2008.

MORISSET, SCHLOSSER, JOZWIAK & McGAW

*\/s/ Frank R. Jozwiak*
Frank R. Jozwiak
*Attorney of Record for Quechan Indian Tribe*
Morisset, Schlosser, Jozwiak & McGaw
1115 Norton Building, 801 Second Avenue
Seattle, Washington 98104-1509
Telephone: 206-386-5200
Facsimile: 206-386-7322
f.jozwiak@msaj.com

RONALD J. TENPAS
Acting Assistant Attorney General

*/s/ James M. Upton*
JAMES M. UPTON
*Attorney of Record for Defendant*
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0482
Facsimile: 202-353-2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I caused the foregoing **PARTIES' JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING CONFIDENTIALITY OF CERTAIN DOCUMENTS, DATA, AND OTHER MATERIALS TO BE PROVIDED BY DEFENDANT TO PLAINTIFF** to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following recipients:

James M. Upton
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Attorneys for the United States

Anthony P. Hoang
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Attorneys for the United States

*<u>/s/ Frank R. Jozwiak</u>*
Frank R. Jozwiak
*Attorney of Record for Quechan Tribe*

T:\WPDOCS\0267\10074\Pleadings\Final Jt Motion to File Conf Stip_032408.doc
kfn:3/24/08