# In the United States Court of Federal Claims

No. 06-888L
Filed April 28, 2008

***********************************
QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**SCHEDULING ORDER**

In accordance with the April 16, 2008 telephone conference and the parties' April 25, 2008 Supplemental Joint Status Report, the court enters the following schedule:

1. Plaintiff will complete initial fact discovery for the claims between July 1, 1972 and December 31, 1992 on or before November 17, 2008.

2. Plaintiff will file an Amended Complaint, if necessary, on or before February 16, 2009.

3. Defendant will complete fact discovery regarding defenses on or before June 15, 2009.

4. Dispositive motions will be filed on or before July 15, 2009.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**